■ In the Matter of PINELAWN CEMETERY v. CAROLINE K. SIMON et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ JACQUES M. FISHER et al. v. COKER SYSTEM, INC.— Application denied, with $10 costs. Motion for an order directing defendant-appellant to file proper security costs and for other relief dismissed as academic. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ SAMSON HITTNER, as Executor of ISIDORE HITTNER, Deceased, v. TURBINE EQUIPMENT COMPANY et al.— Application granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ (A) HENRY GOLDBERG et al. v. ISAAC GOTTESMAN et al. (And Another Action.) (B) HYMAN SHIENKER v. RUBY COX. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (C) JOHN SZILVASY et al. v. MIA LEWIS. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.— [In each action] Application denied, with $10 costs.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES MCGREGOR.— Motion for an order vacating orders of this court, entered on June 25, 1961, and permitting defendant to proceed with his appeals denied in all respects. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE W. HOGAN.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court on motion decided simultaneously herein. Motion for leave to appeal as a poor person granted on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT HUGHES, JR.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROSARIO DI MAGGIO.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property Known as Polo Grounds Area Project No. N. Y. 5-62.— Motion for a stay granted only to the extent provided in the order to show cause dated June 26, 1962. Motion[s] to dismiss appeal[s] denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LEON PIERRE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP PRIORE.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE WARE.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.